IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| Oklahoma Turnpike Authority,  )<br>)<br>Plaintiff  )<br>)<br>vs.  )<br>)<br>1. 0.70 acres of land, more or less, situated )<br>   in Tulsa County, Oklahoma )<br>2. Arthur Dale Postoak, a single man; )<br>3. United States Department of Interior, )<br>   Bureau of Indian Affairs as Trustee on )<br>   behalf of Alottee Gracie Postoak, Full )<br>   Blood Creek, Roll No. 2327, now )<br>   deceased, )<br>4. United States Department of Interior, )<br>   Bureau of Indian Affairs as Trustee on )<br>   behalf of Alottee Arthur E. Postoak, )<br>   a/k/a Arthur Elwin Postoak, now )<br>   deceased, a Full Blood Creek Indian, )<br>   Roll No. NB-599 )<br>5. Occupants of 3353 S 57th West )<br>   Avenue, Tulsa, Oklahoma; )<br>6. Occupants of 3349 South 57th West )<br>   Avenue, Tulsa, Oklahoma; )<br>7. FRW Investments, Inc. )<br>8. Monty Postoak; )<br>9. The Central Light and Fuel Company, or )<br>   its Successors in Interest )<br>10. Gulf Pipeline Company )<br>11. Tulsa County Treasurer; )<br>12. Tulsa County Board of Commissioners )<br>)<br>Defendants.  ) | Case No. 19-CV-00640-CVE-JFJ |

ANSWER OF DEFENDANT
<u>TULSA COUNTY TREASURER</u>

COMES NOW J. DENNIS SEMLER, Tulsa County Treasurer, Defendant herein, by and through his attorney, Douglas A. Wilson and for his Answer to the Complaint of the Plaintiff, alleges and states:

1. Defendant, J. Dennis Semler would neither admit nor deny the allegations of said Complaint as he has no knowledge of any of the matters involved in this action with the exception of any claim he might have against the subject property.

2. That there are not now due, unpaid, owing or delinquent ad valorem taxes.

3. However should ad valorem taxes or personal property taxes become delinquent during the pendency of this action, they would constitute a first, prior and superior lien against the real estate described in said Complaint filed herein; said Personal Property taxes constitute a lien as of the date of entry on Tulsa County's Lien Docket, as set out hereinabove, with priority over all other liens attaching after that date.

4. It is impossible to presently determine the full amount of ad valorem taxes which will be due on the property described in the petition as ad valorem taxes will continue to accrue until title passes to the tax-exempt entity, see attached Pro-Rata for estimate of current year taxes.

WHEREFORE, having fully answered, Defendant prays that Plaintiff take nothing as against him by virtue of its Complaint herein; and that the County Treasurer has judgment against the defendant taxpayer(s) for the unpaid and delinquent taxes, which become due during the pendency of this action, together with interest, penalties, and any costs as provided by law, with priority as set out hereinabove; that the same be paid out of proceeds of any sale herein, if any, according to such priority; and for costs and such other relief as the Court may deem to be just and proper.

J. DENNIS SEMLER
TULSA COUNTY TREASURER

STEVE KUNZWEILER
DISTRICT ATTORNEY

By: _____
DOUGLAS A. WILSON, OBA #13128
ASSISTANT DISTRICT ATTORNEY
500 S Denver Ave #827
Tulsa, Oklahoma 74103
(918) 596-4845



Tulsa County Administration Building
Tulsa, Oklahoma 74103-3840

500 S. Denver Ave., 3rd Fl.
(918) 596-5071

## J. Dennis Semler
### Tulsa County Treasurer

December 4, 2019

| | | |
|---|---|---|
| Oklahoma Turnpike Authority | PARCEL# | 99220-92-20-08865 |
| PO Box 11357 | NEW PARCEL# | 99220-92-20-09064 |
| Oklahoma City OK 73136 | 2018 Real Estate | EXEMPT |
| | 2018 Fire Dist | EXEMPT |

To Whom It May Concern:

In accordance with Oklahoma Statutes Title 68, 2940, I submit to you the following estimate of taxes due on the above referenced property for the tax year 2019. The amount of prorated taxes which should be paid to the Tulsa County Treasurer can only be determined based upon the month in which you file your Deed of Record in the County Clerk's Office. According to the above referenced statute, taxes for the entire year are due unless your deed is filed of record prior to October 1st of the current year.

The above amount is the best estimate that this office is able to provide at this time due to the fact that the County Assessor has not yet certified the tax rolls for 2019 to this office. The records of this office indicate the following taxes and/or assessments, including interest, fees and costs, as being due or delinquent at this time.

| | YEAR | AMOUNT |
|---|---|---|
| REAL ESTATE | 2019 | $0.00 |
| BERRYHILL FIRE | 2019 | $0.00 |
| | TOTAL | |

If I can be of any further assistance, please let me know.
Sincerely,

J Dennis Semler
Tulsa County Treasurer

*Angela Maner*
Angela Maner   /Deputy Treasurer

**2019 PRO-RATA TAX SCHEDULE DEPENDING ON DEED FILING**

December 4, 2019  
**REAL ESTATE**  
LEGAL DESCRIPTION: **See petition**

PARCEL NUMBER: 99220-92-20-08865

NEW PARCEL NUMBER: 99220-92-20-09064

ESTIMATED TAX FOR 2019: $0.00 **EXEMPT**

| IF THE MONTH OF FILING THE INSTRUMENT OF CONVEYANCE IS: | Please pay rounded total |
|---|---|
| JANUARY | $0.00 |
| FEBRUARY | $0.00 |
| MARCH | $0.00 |
| APRIL | $0.00 |
| MAY | $0.00 |
| JUNE | $0.00 |
| JULY | $0.00 |
| AUGUST | $0.00 |
| SEPTEMBER | $0.00 |
| OCTOBER | $0.00 |
| NOVEMBER | $0.00 |
| DECEMBER | $0.00 |

**AS OF OCTOBER 1st, THE FULL AMOUNT OF THE ORIGINAL TAX ACCOUNT WILL NEED TO BE PAID.

## 2019 PRO-RATA TAX SCHEDULE DEPENDING ON DEED FILING

December 4, 2019 **Berryhill Fire District**
LEGAL DESCRIPTION: **See petition**

PARCEL NUMBER: 99220-92-20-08865

NEW PARCEL NUMBER: 99220-92-20-09064

ESTIMATED TAX FOR 2019: $0.00 **EXEMPT**

| IF THE MONTH OF FILING THE INSTRUMENT OF CONVEYANCE IS: | Please pay rounded total |
|---|---|
| **JANUARY** | $0.00 |
| **FEBRUARY** | $0.00 |
| **MARCH** | $0.00 |
| **APRIL** | $0.00 |
| **MAY** | $0.00 |
| **JUNE** | $0.00 |
| **JULY** | $0.00 |
| **AUGUST** | $0.00 |
| **SEPTEMBER** | $0.00 |
| **OCTOBER** | $0.00 |
| **NOVEMBER** | $0.00 |
| **DECEMBER** | $0.00 |

**AS OF OCTOBER 1st, THE FULL AMOUNT OF THE ORIGINAL TAX ACCOUNT WILL NEED TO BE PAID.

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

W Brant Warrick
4111 S Darlington, Ste 900
Tulsa OK 74135

_____
DOUGLAS A. WILSON

Account No.
Parent: 99220-92-20-08865
New:  99220-92-20-09064